PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No:   0972 1:07CR00322-001 AWI |
| | ) | |
| **Janet Lynn Ronspiez** | ) | |
| | ) | |

On May 13, 2011, the above-named was placed on Supervised Release for a period of 36 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision. The Government has been advised of this recommendation and does not object to early termination.

Respectfully submitted,

/s/ Tim D. Mechem
TIM D. MECHEM
Senior United States Probation Officer

Dated:   November 7, 2013
         Fresno, California
         TDM:JH

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                   HUBERT J. ALVAREZ
                   Supervising United States Probation Officer

**Re:  Janet Lynn Ronspiez**
    **Docket No:   0972 1:07CR00322-001 AWI**
    **Report and Order Terminating Supervised Release**
    **Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Janet Lynn Ronspiez be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   November 7, 2013                                   _____
                                                                              SENIOR   DISTRICT   JUDGE